UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Derek Jacquan Wiggins**　　　　　　　　　　　　　　**Docket No. 4:17-CR-53-4BO**

### Petition for Action on Supervised Release

COMES NOW Shawn M. Lyon, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Derek Jacquan Wiggins, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Heroin and a Quantity of Marijuana, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(C), and 21 U.S.C. § 841(a)(1), Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), and Distribution of a Quantity of Heroin, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on December 13, 2018, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 6 years.

Derek Jacquan Wiggins' projected release date from the Bureau of Prisons is May 7, 2025.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

In April 2024, the defendant submitted a release plan of homeless. Further correspondence with the assigned case manager indicated that there is still no valid home plan for release. Should the defendant not be able to provide an acceptable release plan prior to his release from custody, he has agreed to a temporary placement at the residential reentry center until a suitable release plan can be secured. It is recommended that the probation officer be allowed to authorize his release from the residential reentry center should he obtain an approved release plan prior to the expiration of the 180-day placement.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement. The probation officer is authorized to approve Wiggins' release plan from the residential reentry center prior to 180 days should the defendant secure a residence approved for release.

Except as herein modified, the judgment shall remain in full force and effect.

Derek Jacquan Wiggins
Docket No. 4:17-CR-53-4BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer

/s/ Shawn M. Lyon
Shawn M. Lyon
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-467-5110
Executed On: May 30, 2024

## ORDER OF THE COURT

Considered and ordered this 31 day of May, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge